**Order filed October 3, 2019**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-19-00680-CV
_____

### BENJI'S EDUCATIONAL ACADEMY, ET AL, Appellants

### V.

### HARRIS COUNTY, ET AL, Appellees

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-40976**

## O R D E R

The notice of appeal in this case was filed September 3, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 14, 2019.** *See* Tex. R. App. P. 5. If appellants

fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM


Panel Consists of Justices Christopher, Spain, and Poissant.